JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE G. MUSHARBASH, <br>     Plaintiff, <br><br>     vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br>     Defendant. | ) CASE NO. 5:20-cv-02383-DFM <br> ) <br> ) <br> ) **JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 16, 2021

                              HONORABLE DOUGLAS F. McCORMICK
                              UNITED STATES MAGISTRATE JUDGE